## OLSON v OLSON

Ohio Appeals, 8th Dist, Cuyahoga Co

No 16955. Decided April 24, 1939

Robert J. Selzer, Cleveland, for plaintiff-appellee.

Don P. Mills, Cleveland, for defendant-appellant.

(HAMILTON, PJ., MATTHEWS, J., ROSS, J., of the First District sitting by designation).

## OPINION

BY THE COURT:

The judgment is affirmed on authority of **Ferger v Ferger, 46 Oh Ap 558,** and cases therein cited. Also see **O. Jur. Vol. 14, page 546.** Increased cost of maintenance, doctor bills, hospitalization, etc., constitute such changed conditions as justify the increase in

amount awarded for care and maintenance of minor children.